# SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004

RITA M. GLAVIN
PARTNER
(212) 574-1309
glavin@sewkis.com

TELEPHONE: (212) 574-1200
FACSIMILE: (212) 480-8421
WWW.SEWKIS.COM

1200 G STREET, N.W.
WASHINGTON, D.C. 20005
TELEPHONE: (202) 737-8833
FACSIMILE: (202) 737-5184

November 21, 2019

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/22/19**

**BY ECF**
Honorable Sidney H. Stein
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:  *United States v. Rakim Brown*, 19 Cr. 513 (SHS)

Dear Judge Stein:

I represent defendant Rakim Brown in the above-referenced matter and write to respectfully request a modification to the current motion schedule, such that the defense motions will be filed by December 6, 2019, the Government response due on December 26, 2019, and defense reply due January 2, 2020. The current motion schedule set by the Court calls for defense motions to be filed by tomorrow November 22, the Government response due on December 6, 2019 and the defense reply due on December 13, 2019. The Government consents to the proposed modification of the schedule, and the defense consents to the exclusion of time for this motion practice.

I make this request because of unanticipated work issues that arose this week in two other pending criminal matters that have taken away from the time necessary for me to work on the motions in this case: (1) the amendment of specifications and production of new discovery (yesterday) relating to those specifications in connection with a contested supervised release violation hearing that is scheduled to begin before Judge Rakoff on Monday November 25, 2019; and (2) the need to file a letter brief this week in a matter before Judge Preska. This proposed new motion schedule accommodates my need to attend to the November 25 hearing, as well as a trial that the AUSA assigned to this matter is scheduled to begin on December 3.

Respectfully submitted,

Rita M. Glavin

SO ORDERED 11/22/19

SIDNEY H. STEIN
U.S.D.J.