USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/21/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-513 (SHS) |
| -v- | : | |
| RAKIM BROWN, | : | ORDER |
| Defendant. | : | |

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

IT IS HEREBY ORDERED that the Court will hear oral argument on defendant's pending motions on Thursday, January 23, at 2:30 p.m., in Courtroom 23A.

Dated: New York, New York
January 21, 2020

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.