UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA, | 19-Cr-513 (SHS) |
| -v- | ORDER |
| RAKIM BROWN, | |
|           Defendant. | |

-----------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

      At the request of defendant's attorney,

      IT IS HEREBY ORDERED that the CJA attorney on duty today, Guy Oksenhendler, is appointed as an additional CJA attorney for the purpose of consulting with Mr. Brown about the case.

Dated: New York, New York
       March 26, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.