UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA, | 19-Cr-513 (SHS) |
| -v- | ORDER |
| RAKIM BROWN, | |
| Defendant(s). | |

-----------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    IT IS HEREBY ORDERED that there will be a teleconference on May 12, 2020, at 2:30 p.m., to determine how to proceed in this matter. The number is 888-273-3658, the access code is 7004275.

Dated: New York, New York
       April 28, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.