UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

UNITED STATES OF AMERICA,          :      19-Cr-513 (SHS)

      -v-                        :      <u>ORDER</u>

RAKIM BROWN,                   :

          Defendant(s).        :

--------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

A telephone conference having been held today, with counsel for all parties and defendant participating,

IT IS HEREBY ORDERED that:

1.      Defense counsel shall notify the Court, in writing, as to whether or not the defendant waives his right to appear at a teleconference on the bail application;

2.      Given the impending pendency of his bail application and defense counsel's representation that defendant may have previously contracted COVID-19 and any relevance of that fact to the bail application, the Bureau of Prisons is directed to test defendant for COVID-19 this week.  The government's attorney is directed to notify the BOP of that direction immediately;

3.      Defendant shall file his application for bail by noon on Thursday, May 21, 2020;

4.      The government shall respond by noon on Wednesday, May 27, 2020;

5.      Any reply is due by Thursday, May 28, 2020;

6.      Proposed jury charges, any motions *in limine*, and, if the parties wish, proposed *voir dire* are due by September 25, 2020;

7.      The responses to any motions *in limine* are due by October 2, 2020;

8.      Replies to any motions are due by October 9, 2020;

9.      The final date for the commencement of the trial of this action is October 19, 2020, at 9:30 a.m.;

10.     The BOP is directed to expedite a call between defendant and his counsel, Rita Glavin, Esq., today or tomorrow; and

11.     The time is excluded from calculation under the Speedy Trial Act from today until October 19, 2020. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated:   New York, New York
         May 19, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.