UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

UNITED STATES OF AMERICA,                    :        19-Cr-513 (SHS)

        -v-                                       :        <u>ORDER</u>

RAKIM BROWN,                                  :

                  Defendant.            :

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

      This Court's chambers having received enquiries as to the start date of the trial of Rakim Brown,

      IT IS HEREBY ORDERED that all dates in the Order dated May 19, 2020 [ECF No. 38], remain in effect.  The trial of this matter is scheduled to commence on October 19, 2020, at 9:30 a.m. The parties should be aware that there is a possibility that the start date may slide one or two days at most in order to accommodate the fact that Courtroom 23A will be used by judges in addition to Judge Stein.

Dated:  New York, New York
       September 4, 2020

SO ORDERED

SIDNEY H. STEIN
U.S.D.J.