UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-513 (SHS) |
| -v- | : | <u>ORDER</u> |
| RAKIM BROWN, | : | |
| Defendant. | : | |

------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      Given the current unavailability of a courtroom on December 15, 2020, that meets the requirements of the COVID-19 protocols,

      IT IS HEREBY ORDERED that:

      1.      The trial of this action will be adjourned to a date in the first quarter of 2021, depending upon the availability of an appropriate courtroom. The parties will be notified when such a courtroom is available for a trial of this action;

      2.      Proposed jury charges, any motions *in limine*, and, if the parties wish, proposed *voir dire*, are due on or before January 8, 2021;

      3.      Responses to any motions *in limine* are due on or before January 15, 2021; and

      4.      Replies to any motions *in limine* are due on or before January 22, 2021.

Dated:  New York, New York
            November 2, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.