UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒

UNITED STATES OF AMERICA,

v.

RAKIM BROWN,

                          Defendant.

‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒

19-CR-513 (SHS)


ORDER

SIDNEY H. STEIN, U.S. District Judge.

　　Due to the COVID-19 pandemic, the Southern District of New York has a limited number of specially designated courtrooms available for jury trials. The judges of the Southern District, working with the Clerk of Court, have worked to schedule trials in the first quarter of 2021 so that trials may proceed safely. Once a trial date is set for an action through this process, it cannot be changed, although it may be adjourned to another quarter of 2021 if extenuating circumstances arise.

　　Accordingly, IT IS HEREBY ORDERED that the trial of this action is scheduled for March 30, 2021. The following previously scheduled dates remain in effect, as follows:

1. Proposed jury charges, any motions *in limine*, and, if the parties wish, proposed *voir dire*, are due on or before January 8, 2021;
2. Responses to any motions *in limine* are due on or before January 15, 2021; and
3. Replies to any motions *in limine* are due on or before January 22, 2021.


Dated:  New York, New York
　　　　December 9, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.