

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 14, 2020

**BY ECF**
The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: *United States v. Rakim Brown*, S1 19 Cr. 513 (SHS)

Dear Judge Stein:

Counsel for defendant Rakim Brown has requested that the Government produce the discovery materials from *United States v. Maurice Hartley, et al.*, 18 Cr. 390 (PAE), pursuant to Rule 16 of the Federal Rules of Criminal Procedure. While the Government does not believe that these materials fall within the scope of Rule 16, the Government nevertheless has agreed to produce these materials to the defense.

The Government understands that discovery in the *Hartley* matter was managed by court-appointed discovery coordinator Emma Greenwood. Ms. Greenwood has advised that she requires a court order to release these materials to the defense. Accordingly, the Government respectfully requests that the Court authorize Ms. Greenwood to produce these materials to defense counsel, pursuant to the protective order entered in the *Hartley* matter, which is incorporated by reference and attached hereto as Exhibit A.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney for
the Southern District of New York

By: /s/ Alexandra Rothman
Alexandra Rothman
Mathew Andrews
Assistant United States Attorneys
(212) 637-2580

**Request granted.**

Dated: New York, New York
December 15, 2020

SO ORDERED

SIDNEY H. STEIN
U.S.D.J.

cc: Defense counsel (by ECF)
Emma Greenwood (by Email)