**SEWARD & KISSEL LLP**

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004

RITA M. GLAVIN
PARTNER
(212) 574-1309
glavin@sewkis.com

TELEPHONE: (212) 574-1200
FACSIMILE: (212) 480-8421
WWW.SEWKIS.COM

901 K STREET, NW
WASHINGTON, D.C. 20005
TELEPHONE: (202) 737-8833
FACSIMILE: (202) 737-5184

January 6, 2021

**VIA ECF**

**MEMO ENDORSED**

Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   United States v. Rakim Brown, 19 Cr. 513 (SHS)

Dear Judge Stein:

I represent Rakim Brown in the above-referenced matter and write to respectfully request that the Court modify by one week the current schedule for motions in limine, proposed jury charges, and proposed voir dire. Thus, instead, of filing motions, charge requests, and voir dire requests on 1/8/21, with motion responses due on 1/15/21 and any replies due on 1/22/21, the defense requests that all of the dates be extended one additional week (i.e., filing on 1/15/21, responses 1/29/21, and replies 2/5/21).

I made this request for two reasons: (1) due to other professional obligations, I need additional time to prepare those various filings; and (2) I would like additional time to confer with the Government on the issue of potential motions and charge requests in an effort to narrow issues if possible. The Government consents to this request.

Trial is scheduled for March 30, 2021.

Respectfully submitted,

*Rita M. Glavin*

Rita M. Glavin

cc: AUSAs Alexandra Rothman and Mathew Adams (email)

The request to extend the dates is granted.

Dated: New York, New York
January 7, 2021

SO ORDERED

*Sidney H. Stein*
SIDNEY H. STEIN
U.S.D.J.