**SEWARD & KISSEL LLP**

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK  10004

RITA M. GLAVIN
PARTNER
(212) 574-1309
glavin@sewkis.com

TELEPHONE: (212) 574-1200
FACSIMILE: (212) 480-8421
WWW.SEWKIS.COM

901 K STREET, NW
WASHINGTON, D.C. 20005
TELEPHONE: (202) 737-8833
FACSIMILE: (202) 737-5184

January 28, 2021

<u>VIA ECF</u>

Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

      Re:    <u>United States v. Rakim Brown</u>, 19 Cr. 513 (SHS)

Dear Judge Stein:

      I represent Rakim Brown in the above-referenced matter and write to respectfully request the Court grant an extension to Tuesday February 2, 2021 for the filing of the defense's response to the Government's motion in limine, and an extension to Tuesday February 9, 2021 for any reply papers. As of now, the response is due tomorrow January 29, 2021. I make this request for additional time because the Government's motion in limine was lengthier than we anticipated and raised some issues that require more time for our research and response. The Government consents to our request.

      Accordingly, I request that the defense's response to the Government's motion in limine be due on February 2, 2021, with any reply due on February 9, 2021.

Respectfully submitted,

/s/

_____

Rita M. Glavin

cc: AUSAs Alexandra Rothman and Mathew Adams (via ECF)

**Application granted.**

**Dated:  New York, New York
January 29, 2021**

SO ORDERED

_[signature]_

SIDNEY H. STEIN
U.S.D.J.