**SEWARD & KISSEL LLP**

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004

| RITA M. GLAVIN<br>PARTNER<br>(212) 574-1309<br>glavin@sewkis.com | TELEPHONE: (212) 574-1200<br>FACSIMILE: (212) 480-8421<br>WWW.SEWKIS.COM | 901 K STREET, NW<br>WASHINGTON, D.C. 20005<br>TELEPHONE: (202) 737-8833<br>FACSIMILE: (202) 737-5184 |
|---|---|---|

February 11, 2021

**VIA ECF**

Honorable Sidney H. Stein
United States District Court          **MEMO ENDORSED**
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    United States v. Rakim Brown, 19 Cr. 513 (SHS)

Dear Judge Stein:

       I represent Rakim Brown in the above-referenced matter and write to respectfully request that the Court grant an extension to Thursday, February 18, 2021 for the filing of the defense's motions to suppress evidence relating to the August 5, 2016 and December 7, 2017 arrests of Mr. Brown. Those motions are currently due tomorrow, February 12, 2021. The Government takes no position on this request.

       I make this request because Mr. Brown will be submitting a declaration with those motions—which I will sign on Mr. Brown's behalf because I cannot meet with him in-person at MDC to personally review the hard copy with him—and I need additional time to consult with Mr. Brown. While I have a one-hour call scheduled with Mr. Brown tomorrow, I am certain that we will need additional time. I submitted a request for another call with Mr. Brown for early next week and am waiting to hear back. Thus, to accommodate our need to consult with Mr. Brown, we request an extension to file those suppression motions on Thursday, February 18, 2021, with the Government's response due two weeks later.

       Respectfully submitted,

       /s/ Rita M. Glavin _
       Rita M. Glavin

cc: AUSAs Alexandra Rothman and Mathew Adams (via ECF)

**Request granted.**

**Dated: New York, New York
      February 12, 2021**

SO ORDERED

/s/ Sidney H. Stein
SIDNEY H. STEIN
U.S.D.J.