UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

RAKIM BROWN,

Defendant.

19-CR-513 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

The Court adjourned the previously scheduled March 30 trial date in this action on February 26, 2021. (Order, ECF. No. 92.) At that time, the Court stated its intent to submit this case for trial during the third quarter of 2021, i.e., July, August, or September. Accordingly, IT IS HEREBY ORDERED that the trial of this case is rescheduled for July 19, 2021.

The parties should be aware that although the Court is submitting the jury request for this trial to begin on July 19, 2021, the trial date may be rescheduled by the Ad Hoc Committee on the Resumption of Jury Trials to another date in the third quarter of 2021. The Court will notify the parties once the third quarter trial calendar has been established for trials at the U.S. Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
       March 10, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.