## SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK  10004

RITA M. GLAVIN
PARTNER
(212) 574-1309
glavin@sewkis.com

TELEPHONE: (212) 574-1200
FACSIMILE: (212) 480-8421
WWW.SEWKIS.COM

901 K STREET, NW
WASHINGTON, D.C. 20005
TELEPHONE: (202) 737-8833
FACSIMILE: (202) 737-5184

March 10, 2021

**VIA ECF**

**MEMO ENDORSED**

Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:   United States v. Rakim Brown, 19 Cr. 513 (SHS)

Dear Judge Stein:

I represent Rakim Brown in the above-referenced matter and write to respectfully request an extension to Friday, March 19, 2021 to file a motion to suppress evidence obtained pursuant to a January 20, 2016 search of an apartment.

We had originally asked to file this motion by Friday, March 12, 2021. However, our weekly MDC phone call with Mr. Brown was cut short today and we were unable to finish our discussion with him regarding the affidavit to be filed with the motion to suppress. We are not speaking with Mr. Brown again until our weekly call on Wednesday, March 17, 2021. Because his affidavit impacts the brief we will submit, and relates to other affidavits to be filed with that brief, we request additional time to file our suppression motion.

The Government does not object to this request.

Respectfully submitted,

___/s/ Rita M. Glavin___

Rita M. Glavin

cc: AUSAs Alexandra Rothman and Mathew Adams (via ECF)

**Defendant's request for an extension of time to file his suppression motion to March 19 is granted. The government's response is due by April 2, 2021.**

Dated: New York, New York
March 11, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.