UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-513 (SHS) |
| -v- | : | <u>ORDER</u> |
| RAKIM BROWN, | : | |
| Defendant. | : | |

------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that defendant's request to seal the unredacted version of his February 16, 2021, letter [Doc. No. 83], and the accompanying Exhibits 27 and 28, is granted.

Dated: New York, New York
       March 12, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.