

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 30, 2021

**MEMO ENDORSED**

*Handwritten endorsement:* April 5, 2021 / The gov't has until April 10 in which to file its opposition. The Court will hold a telconf. today at 3:30 p.m. to discuss the date for the suppression hearing in June. So ordered, Sidney H. Stein, U.S.D.J.

**BY ECF**
The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *United States v. Rakim Brown*, S1 19 Cr. 513 (SHS)

Dear Judge Stein:

The Government writes in connection with the defendant's motions to suppress currently pending before the Court in the above-captioned case. (Dkt. Nos. 86-89 (motion to suppress evidence from August 5, 2016 and December 7, 2017 searches), 111-117 (motion to suppress evidence from January 20, 2016 search)).

First, consistent with the schedule previously entered by the Court, (*see* Dkt. No. 102), the Government writes to request until April 10, 2021 to file its opposition to the defendant's motion to suppress evidence from the January 20, 2016 search.

Second, the Government requests, with the consent of defense counsel, that the suppression hearing (the "Hearing"), currently scheduled for April 12, 2021, be rescheduled to a date in late-June 2021. Two of the witnesses that the Government intends to call at the Hearing are unavailable on April 12 due to personal commitments. In addition, the Government understands that defense counsel would prefer a date in late-June 2021 for the Hearing in light of other professional commitments. The parties are available to discuss at the Court's convenience.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: /s/ Alexandra Rothman
    Alexandra Rothman
    Mathew Andrews
    Assistant United States Attorneys
    (212) 637-2580