UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,                :         19-Cr-513 (SHS)

       -v-                               :         ORDER

RAKIM BROWN,                             :

              Defendant.                 :

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today via telephone, with counsel for all parties participating, and the defendant's attorney having waived her client's appearance,

    IT IS HEREBY ORDERED that:

    1.    The suppression hearing will be held on June 21, 2021, at 9:00 a.m., in Courtroom 23A;

    2.    The trial of this matter is adjourned to August 16, 2021, at 9:30 a.m.; and

    3.    The parties should be aware that although the Court is submitting the jury request for this trial to begin on August 16, 2021, the trial date may be rescheduled by the Court's *Ad Hoc* Committee on the Resumption of Jury Trials to another date in the third quarter of 2021. The Court will notify the parties as soon as the fourth quarter trial calendar has been established for trials at the U.S. Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
       April 5, 2021

SO ORDERED:

*[signature]*

Sidney H. Stein, U.S.D.J.