UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,   :   19-Cr-513 (SHS)

-v-   :   ORDER

RAKIM BROWN,   :

          Defendant.   :

-----------------------------------------------------------x

At the request of the parties,

IT IS HEREBY ORDERED that:

1. The suppression hearings scheduled for June 21, 2021, and August 10, 2021, are adjourned to August 18, 2021, at 9:30 a.m., and will continue August 19, 2021, at 9:30 a.m.; and

2. There will be no further requests for adjournments granted.

Dated: New York, New York
       June 16, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.