# Glavin PLLC

Rita M. Glavin
2585 Broadway #211
New York, NY 10025
tel: (646) 693-5505
rglavin@glavinpllc.com

June 29, 2021

**VIA ECF**

**MEMO ENDORSED**

Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: United States v. Rakim Brown, 19 Cr. 513 (SHS)

Dear Judge Stein:

As the Court is aware, I have been assigned under the Criminal Justice Act to represent Rakim Brown in the above-referenced matter. Please accept this letter as a formal request for an Order allowing me and the experts I hire to obtain interim payments pursuant to the Criminal Justice Act 18:3006A. If Your Honor is inclined to grant this request, I respectfully request that such an Order be executed.

Respectfully submitted,

/s/ Rita M. Glavin
Rita M. Glavin

cc: AUSAs Alexandra Rothman and Mathew Adams (via ECF)

**Request granted.**

Dated: New York, New York
June 29, 2021

SO ORDERED:

Sidney H. Stein, U.S.D.J.