UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-513 (SHS) |
| -v- | : | <u>ORDER</u> |
| RAKIM BROWN, | : | |
| Defendant. | : | |

-----------------------------------------------------------x

The Court has received the government's letters dated July 22 [ECF Doc. No. 133], and August 5, 2021 [ECF Doc. No. 137], and the defendant's letters dated August 4, 2021 [ECF Docs. No. 135 and 136]. Accordingly,

IT IS HEREBY ORDERED that:

1. The suppression hearing currently scheduled for August 18, 2021, is adjourned to August 23, 2021, at 9:30 a.m., in Courtroom 23A, and shall concern all three searches at issue;

2. The defendant's request to adjourn the trial is denied. The trial shall commence on September 13, 2021, at 9:30 a.m.; and

3. The Court directs the B.O.P. to arrange for the defendant to confer with a urologist in regard to his kidney issues.

Dated: New York, New York
       August 5, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.