UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

UNITED STATES OF AMERICA,        :        19-Cr-513 (SHS)

          -v-                              :        <u>ORDER</u>

RAKIM BROWN,                          :

          Defendant.              :

----------------------------------------------------------x

In light of the trial of this matter being adjourned to February 9, 2022,

IT IS HEREBY ORDERED that the final pretrial conference scheduled for September 2, 2021, at 11:00 a.m., is adjourned *sine die*.

Dated: New York, New York
      August 13, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.