UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-513 (SHS) |
| -v- | : | <u>ORDER</u> |
| RAKIM BROWN, | : | |
| Defendant. | : | |

-----------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

The suppression hearing in this matter is scheduled to begin on October 20, 2021, at 2:30 p.m., and continue on October 21 at 9:30 a.m. The Court will be starting a trial on Wednesday, October 20, at 9:30 a.m. Accordingly, the Court would like to conduct this suppression hearing on Monday, October 18, at 9:30 a.m. and Tuesday, October 19, at 9:30 a.m.

IT IS HEREBY ORDERED that the parties should notify the Court by the close of business today as to whether the parties are available on those days; the Court is extremely reluctant to have to adjourn this suppression hearing once more.

Dated: New York, New York
       October 8, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.