UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-513 (SHS) |
| -v- | : | ORDER |
| RAKIM BROWN, | : | |
| Defendant. | : | |

------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    The Court is unable to conduct the suppression hearing in this matter as previously scheduled on October 20 and 21 because the Court will be conducting a trial on those dates. The parties are directed to choose a two-day period in December (after December 7) for the Court to adjourn the dates of the suppression hearing.

Dated: New York, New York
       October 13, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.