UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-513 (SHS) |
| -v- | : | ORDER |
| RAKIM BROWN, | : | |
| Defendant. | : | |

---------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that there will be a telephone conference on October 19, 2021, at 4:30 p.m. The parties shall dial 888-273-3658 and use access code 7004275 to access the call.

Dated: New York, New York
       October 13, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.