UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,        :        19-Cr-513 (SHS)

    -v-        :        ORDER

RAKIM BROWN,        :

        Defendant.        :

-----------------------------------------------------------x

The Court has been advised that the *Ad Hoc* Committee on the Resumption of Jury Trials has scheduled the trial of this matter to commence on Monday, March 7, 2022, as the first trial scheduled on that day. Accordingly,

IT IS HEREBY ORDERED that:

1. The suppression hearing currently scheduled for December 16, 2021, and continuing on December 17, 2021, at 9:30 a.m. in Courtroom 23A remains as scheduled;

2. Proposed jury charges and, if the parties, wish proposed voir dire, are due on or before February 14, 2022;

3. There will be a final pretrial conference on February 16, 2022, at 2:30 p.m.;

4. The trial will commence on Monday, March 7, 2022, at 9:30 a.m.; and

5. The time is excluded from calculation under the Speedy Trial Act from today until March 7, 2022. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: New York, New York
      December 2, 2021

SO ORDERED:

*[signature]*

Sidney H. Stein, U.S.D.J.