UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,         :        19-Cr-513 (SHS)

      -v-                                           :        ORDER

RAKIM BROWN,                                 :

      Defendant.                          :

------------------------------------------------------------x

      A telephone conference having been held on February 10, 2022, with counsel for all parties participating, and defendant's attorney having waived defendant's appearance,

      IT IS HEREBY ORDERED that:

      1.    The suppression hearing will take place in Courtroom 23A on February 15, 2022, at 10:30 a.m. and will continue, if needed, on February 18, 2022, at 9:30 a.m.,

      2.    Proposed jury charges and, if the parties wish proposed voir dire, are due on or before February 23, 2022;

      3.    The final pretrial conference scheduled for February 16, 2022, at 2:30 p.m. is adjourned *sine die*.

Dated: New York, New York
       February 11, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.