UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,  :   19-Cr-513 (SHS)

       -v-  :   <u>ORDER</u>

RAKIM BROWN,  :

       Defendant.  :

-----------------------------------------------------------x

      IT IS HEREBY ORDERED that the suppression hearing scheduled to take place on Tuesday, February 15, 2022, at 10:30 a.m., will take place in Courtroom 23B, a COVID-19 compliant courtroom.

Dated: New York, New York
      February 14, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.