**GLAVIN PLLC**
2585 Broadway #211
New York, New York 10025
646-693-5505

February 27, 2022

**VIA ECF**
Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

   Re: <u>United States v. Rakim Brown</u>, 19 Cr. 513 (SHS)

Dear Judge Stein:

  I represent Rakim Brown in the above-referenced matter and write to respectfully supplement the letter filed earlier today, February 27, 2022, regarding the defense's request for a two-week adjournment of the March 7, 2022 trial and Mr. Brown's insufficient access to a computer to review the voluminous recently produced discovery. *See* Dkt. 175.

  For the month of February 2022, Mr. Brown has been given access to a computer for a single day: Friday, February 24, 2022. He did not have access yesterday or today.

             Respectfully submitted,

              /s/ Rita M. Glavin
             Rita M. Glavin

cc: AUSAs Alexandra Rothman, Mathew Andrews, Christopher Brumwell (via ECF)