UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA,         :      19-Cr-513 (SHS)

        -v-                :      ORDER

RAKIM BROWN,                :

           Defendant.     :

--------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

IT IS HEREBY ORDERED that the parties are directed to appear in Courtroom 23A today at 4:30 p.m. for oral argument on (1) the pending motions to suppress, (2) defendant's request for an adjournment of the trial, and (3) the government's motion to preclude defendant's "crime scene expert."

Dated: New York, New York
February 28, 2022

SO ORDERED:

Sidney H. Stein, U.S.D.J.