UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-513 (SHS) |
| -v- | : | ORDER |
| RAKIM BROWN, | : | |
| Defendant. | : | |

-------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    IT IS HEREBY ORDERED that the parties are directed to confer with each other, the MDC, and the U.S. Marshal's Office to arrange for defendant to have access to the relevant materials either at the MDC or the Courthouse each day from tomorrow through the commencement of the trial.

Dated: New York, New York
      February 28, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.