UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

RAKIM BROWN,

          Defendant.

19-CR-513 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

    The Court has received ECF documents 180-184 concerning defendant's (1) request to adjourn the trial until Monday, March 14 and (2) describing the conditions with which defendant may review documents with his counsel.

    The Court has been informed that in order to further facilitate defendant's trial preparation, the U.S. Marshal's Office has agreed to remove defendant's handcuffs in order for the defendant to more easily manipulate the computer during his meetings with counsel at the MDC and the courthouse. Defendant will also now be able to meet with counsel in a contact room.

    The Court also notes that the government states that it has further reduced its list of expected witnesses and provided that list to defense counsel. (ECF No. 183.)

    IT IS HEREBY ORDERED that the Court grants defendant's motion (ECF No. 181) to adjourn opening statements and the commencement of testimony to March 14. Jury selection will still occur on March 7 at 9:30 a.m.; the parties are directed to appear in Courtroom 23B at that time.

Dated: New York, New York
       March 2, 2022

SO ORDERED:

*[signature]*

Sidney H. Stein, U.S.D.J.