UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,         :        19-Cr-513 (SHS)

      -v-                                                 :        ORDER

RAKIM BROWN,                                   :

      Defendant.                             :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    IT IS HEREBY ORDERED that there will be a conference on March 3, 2022, at 5:00 p.m., for the Court to read a decision into the record on defendant's pending motion to suppress. The conference will be held in Courtroom 23A.

Dated: New York, New York
        March 2, 2022

                                                      SO ORDERED:

                                                      Sidney H. Stein, U.S.D.J.