GLAVIN PLLC
2585 Broadway #211
New York, New York 10025
646-693-5505

May 10, 2022

**TO BE FILED UNDER SEAL**   **MEMO ENDORSED**
Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   United States v. Rakim Brown, 19 Cr. 513 (SHS)

Dear Judge Stein:

I represent Rakim Brown in the above-referenced matter and respectfully request: (1) an adjournment of the June 6 sentencing date to July 20, 2022; and (2) an extension to May 20 of the time to submit objections to the initial PSR disclosure on April 27, 2022. The government has no objection to this request. Because this letter contains medical information, we request that this letter be filed under seal and a redacted letter will be filed on the public record.

I make this request because the initial PSR disclosure was on April 27, 2022, and I planned to see Mr. Brown at the MDC to discuss the PSR last week. ████████████████████████
████████████████████████████████████████ Thus, I could not meet with 14-day deadline to meet with Mr. Brown and make objection/comments to the initial PSR disclosure.

Accordingly, I respectfully request to May 20 to submit our objections to the initial PSR, and that the sentencing be adjourned to July 20 at 4:30pm.

Respectfully submitted,

/s/ Rita M. Glavin
Rita M. Glavin

cc: AUSAs Alexandra Rothman, Mathew Andrews, Christopher Brumwell (via ECF)

Defendant's objections to the PSR are due by May 20, 2022. The sentencing is adjourned to July 20, 2022, at 4:30 p.m. Defense submissions are due by June 29, the government submissions are due by July 6.

Dated: May 10, 2022 New York                SO ORDERED:

/s/ Sidney H. Stein
Sidney H. Stein, U.S.D.J.