UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-513 (SHS) |
| -v- | : | <u>ORDER</u> |
| RAKIM BROWN, | : | |
| Defendant. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

The Court is in receipt of the government's letter requesting a *Fatico* hearing [Doc. No. 206],

IT IS HEREBY ORDERED that:

1. There will be a *Fatico* hearing on August 9, 2022, at 11:00 a.m.;

2. Defendant's sentencing submissions are due by September 9, 2022;

3. The government's submissions are due by September 16, 2022; and

4. The sentencing is adjourned to September 29, 2022, at 11:00 a.m.

Dated: New York, New York
July 1, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.