UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-513 (SHS) |
| -v- | : | <u>ORDER</u> |
| RAKIM BROWN, | : | |
| Defendant. | : | |

--------------------------------------------------------x

Defendant having requested an adjournment of the October 31 sentencing date,

IT IS HEREBY ORDERED that:

1. The sentencing is adjourned to November 2 at 11:00 a.m.;

2. The defendant's sentencing submission is due on or before October 19; and

3. The government's submission is due on or before October 26, 2022.

Dated: New York, New York
October 14, 2022

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.